**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Daniel Michael DuPont, Jr.** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | **Pepper Boudreaux DuPont** |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number | |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property  12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1**

**2816 Conor Court**
Street address, if available, or other description

**Marrero**  **LA**  **70072-0000**
City / State / ZIP Code

**Jefferson**
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $144,800.00 | $144,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**  $144,800.00

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1 **Daniel Michael DuPont, Jr.**
Debtor 2 **Pepper Boudreaux DuPont** Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Nissan**
Model: **Sentra**
Year: **2016**
Approximate mileage:
Other information:
**Lease**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$12,475.00**
Current value of the portion you own? **$12,475.00**

3.2 Make: **Nissan**
Model: **Pathfinder**
Year: **2014**
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$16,138.00**
Current value of the portion you own? **$16,138.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$28,613.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| **Household goods and furnishings** | **$15,000.00** |
|---|---|
| **Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession)** | **Unknown** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

| | | |
|---|---|---|
| Debtor 1 | **Daniel Michael DuPont, Jr.** | |
| Debtor 2 | **Pepper Boudreaux DuPont** | Case number *(if known)* |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothes** | **$500.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Wedding/Engagement ring(s)** | **$350.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **2 Dogs** | **$100.00** |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... **$15,950.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...................................................................................................

    **Cash on hand**       **$10.00**

Debtor 1 **Daniel Michael DuPont, Jr.**
Debtor 2 **Pepper Boudreaux DuPont**  Case number *(if known)*

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................  Institution name:

    | | 17.1. | Checking Account | Capital One | $50.00 |
    |---|---|---|---|---|
    | | 17.2. | Checking Account | JP Morgan Chase | $1,100.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them....................
       Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
       Type of account:    Institution name:

    | | | Retirement | Unknown |
    |---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

| | | |
|---|---|---|
| Debtor 1 | **Daniel Michael DuPont, Jr.** | |
| Debtor 2 | **Pepper Boudreaux DuPont** | Case number *(if known)* |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                          Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................**      **$1,160.00**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Debtor 1 | **Daniel Michael DuPont, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Pepper Boudreaux DuPont** | Case number *(if known)* | |

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☐ No
    - ■ Yes. Give specific information.........

| | |
|---|---|
| **Earned Income Credit** | Unknown |
| **Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive.** | Unknown |
| **Possible FEMA Benefits** | Unknown |
| **Veterans' Benefits** | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................. **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | $144,800.00 |
| 56. | **Part 2: Total vehicles, line 5** | $28,613.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $15,950.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $1,160.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $45,723.00 | Copy personal property total   $45,723.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $190,523.00 |

## ACKNOWLEDGMENT OF RECEIPT

I acknowledge that I have received from Kirkpatrick & Associates, LLC, a copy of each of the following agreement and notices:

1. **Consultation Agreement**
2. **Notice Mandated By Section 342(b)(1) and 527(a)(1) of the Bankruptcy Code**
3. **Notice Mandated By Section 527(a)(2) of the Bankruptcy Code**
4. **Notice Mandated By Section 527(b) of the Bankruptcy Code**
5. **Notice Mandated By Section 342(b)(2) of the Bankruptcy Code**
6. **The Bankruptcy Information Sheet**

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

Daniel M. DuPont Jr.
PRINT NAME                SIGNATURE

Pepper B. DuPont
PRINT NAME                SIGNATURE

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME:_____

I        H        W

I certify, under penalty of perjury, that I have filed all tax returns **that were required to have been filed** during the years: 2014, 2015, 2016 and 2017.

*[signature]*
SIGN

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME: Daniel M. DuPont Jr / Pepper Boudreaux DuPont

               I               H               W

I certify, under penalty of perjury, that I have filed all tax returns **that were required to have been filed** during the years: 2014, 2015, 2016 and 2017.

_____/Pepper B Dupont_____
SIGN

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**
Louisiana Farm Bureau Casualty Insurance Company
P. O. Box 95005, Baton Rouge, La. 70895-9005, an insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

NAIC: 40924
VEHICLE DESCRIPTION
Policy Number: A X77011
Year: 2016
Make: NISSAN
Effective Date: 12/14/2018
Model: 4 DOOR SENTRA S/SV/SR/SL
Expiration Date: 06/14/2019
VIN: 3N1AB7APXGY318424

DANIEL M DUPONT JR
2816 CONOR CT
MARRERO LA  70072

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES
AS EVIDENCE OF INSURANCE

**IMPORTANT NOTICE**
La. R.S. 32863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times. Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.

**IN CASE OF ACCIDENT**
1. Get license numbers of cars involved.
2. Call police.
3. Get names and addresses of drivers, occupants and witnesses.
4. Do not discuss the accident or give any statements except to the police or your Farm Bureau adjuster.
5. Call 1-866-275-7322 as soon as possible.

AGENT:  CLEMENT BERTHELOT, INC
1743 STUMPF BLVD
GRETNA LA  70056
(504)227-2345

EXCLUDED DRIVERS:
N/A

CUT HERE

**LOUISIANA AUTO INSURANCE IDENTIFICATION CARD**
Louisiana Farm Bureau Casualty Insurance Company
P. O. Box 95005, Baton Rouge, La. 70895-9005, an insurer authorized to transact business in Louisiana has issued the Motor Vehicle Policy identified hereon. The coverage provided by this policy meets the minimum liability insurance limits prescribed by law.

NAIC: 40924

VEHICLE DESCRIPTION

Policy Number: A Y14311
Year: 2014
Make: NISSAN
Effective Date: 12/14/2018
Model: 4DR PATHFINDER
Expiration Date: 06/14/2019
VIN: 5N1AR2MN9EC622917

DANIEL M DUPONT JR
PEPPER BOUDREAUX DUPONT
2816 CONOR CT
MARRERO LA 70072

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES
AS EVIDENCE OF INSURANCE

**IMPORTANT NOTICE**
La. R.S. 32863.1 requires that an operator of a motor vehicle produce upon demand by a law enforcement officer documentation of motor vehicle security which is required to be maintained within the vehicle at all times.

Failure to comply may result in fines, revocation of registration privileges and block against the renewal or issuance of a driver's license.

**IN CASE OF ACCIDENT**
1. Get license numbers of cars involved.
2. Call police.
3. Get names and addresses of drivers, occupants and witnesses.
4. Do not discuss the accident or give any statements to the police or your Farm Bureau adjuster.
5. Call 1-866-275-7322 as soon as possible.
   AGENT: CLEMENT BERTHELOT, INC
   1743 STUMPF BLVD
   GRETNA LA 70056
   (504)227-2345

EXCLUDED DRIVERS:
N/A

FOLD HERE

CUT HERE

## DEBTOR'S REQUEST FOR WAGE ORDER

Debtor: **Pepper DuPont**

I hereby request that Trustee, SJ Beaulieu, Jr. serve my employer with a wage order. I understand that I am responsible for making my plan payments to the Trustee before my employer begins making payments. I also understand that I am responsible for making my payments if my income from this employer ends or is interrupted for a reason.

| Employer's Name and Address: | Immaculate Conception School<br>601 Avenue C<br>Marrero, LA 70072 |
|---|---|
| Pay Frequency: | Monthly |
| Amount of Plan Payment per Pay Period | $ 2410.00 |

*Pepper B DuPont*
Pepper DuPont

Wage Order and Instructions
Daniel DuPont, Jr.
Pepper DuPont

## Current Monthly Income Worksheet

| Client Name: Daniel & Pepper Dupont | Month & Year: | 8.18 | 9.18 | 10.18 | 11.18 | 12.18 | 1.19 | Average |
|---|---|---|---|---|---|---|---|---|
| Employer A-1 Electrical Contractors, Inc | Gross Wages | $12,125.60 | $8,842.48 | $11,640.26 | $11,765.76 | $10,861.81 | $10,465.61 | $10,950.25 |
| Employer: Immaculate Conception | Gross Wages | $3,196.23 | $3,196.23 | $3,196.23 | $3,196.23 | $2,770.67 | $3,196.23 | $3,125.30 |
| Employer: | Gross Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Employer: | Gross Wages | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Buisness Income | Gross Reciepts | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Buisness Income | Gross Reciepts | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest, Dividends, Royalties | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Pension and Retirement | Private Retirement | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Mitlitary Retirment | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Regular Contributions to Household | Alimony or Child Support | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Roommate Contribution | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Family Contribution | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Unemployment Benefits | | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income from other sources | Distributions from a Trust | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Workers Compensation | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Disability Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Food Stamps | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total for Month | | $15,321.83 | $12,038.71 | $14,836.49 | $14,961.99 | $13,632.48 | $13,661.84 | $14,075.56 |

I verify, under penalty of perjury, that this page contains complete and accurate information as to all income I received during the last 6 months, to the best of my knowledge & based on records in my possession or under my control (other than money received from social security)

Client Signature: _____

Co-Client Signature _____

Date: _____

# realtor.com®


In

Sign Up

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights


ertise

< | Bonnabel Boulevard, Metairie, LA  × Q | Public | Owner



2816 Conor Ct
Marrero, Louisiana
View on Google Maps

Est. $144,800


Track Your Home Value


Map

2816 Conor Ct, Marrero, LA 70072

Commute Time